NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

MAR 19 2026

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

---

UNITED STATES OF AMERICA,

    Appellee,

  v.

JESUS ERIC CARASCO,

    Appellant.

No. 25-2010

D.C. No.
8:19-cr-00169-JVS-1

MEMORANDUM*

---

Appeal from the United States District Court
for the Central District of California
James V. Selna, District Judge, Presiding

Submitted March 16, 2026**

Before:    SILVERMAN, NGUYEN, and HURWITZ, Circuit Judges.

Jesus Eric Carasco appeals pro se from the district court's order denying his motion for a new trial under Federal Rule of Criminal Procedure 33. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Carasco contends that, after trial, the government disclosed a video

---

\*     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

recording that would have discredited testimony by law enforcement that Carasco confessed after being read his *Miranda* rights. Even if this evidence was newly discovered, it was merely impeaching and it does not indicate that a new trial would probably result in acquittal. *See United States v. Harrington*, 410 F.3d 598, 601 (9th Cir. 2005) (setting forth five-part test that defendant must satisfy to prevail on a Rule 33 motion). Accordingly, the district court did not abuse its discretion in denying relief. *See United States v. Hinkson*, 585 F.3d 1247, 1259 (9th Cir. 2009) (en banc).

We do not consider claims raised for the first time on appeal. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

The motion for bail pending appeal is denied as moot. All other pending motions are denied.

**AFFIRMED.**

25-2010